UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OPEN SOCIETY JUSTICE INITIATIVE,<br><br>                              Plaintiff,<br>                 -v-<br><br>OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE,<br><br>                              Defendant. | 20 Civ. 6625 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

      The Court has received the Complaint in this matter and has determined that it is related to the FOIA litigation pending before the Court in *Open Society Justice Initiative v. Central Intelligence Agency*, et al., No. 19 Civ. 234 (PAE) (BCM). To assure the efficient and coordinated litigation of these matters, the Court directs counsel to promptly meet and confer, and to submit a joint letter by September 3, 2020, setting out the parties' views as to a plan for the prompt adjudication of the claims in the newly filed case.

      SO ORDERED.

      *Paul A. Engelmayer*
      _____
      PAUL A. ENGELMAYER
      United States District Judge

Dated: August 21, 2020
       New York, New York