AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York
By:     NATASHA TELEANU
        PETER ARONOFF
Assistant U.S. Attorneys
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2528/2697
Fax: (212) 637-2717
Email: natasha.teleanu@usdoj.gov
       peter.aronoff@usdoj.gov

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OPEN SOCIETY JUSTICE INITIATIVE,<br>          Plaintiff,<br>v.<br>OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE,<br>          Defendant. | 20 Civ. 06625 (PAE) |

## NOTICE OF MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Motion for Summary Judgment, as well as the declaration of Gregory M. Koch in support thereof, defendant the Office of the Director of National Intelligence (the "ODNI"), by its attorney, Audrey Strauss, Acting United States Attorney for the Southern District of New York, hereby moves this Court for an order pursuant to Federal Rule of Civil Procedure 56(a) entering summary judgment in favor of the ODNI.

Dated:  November 9, 2020       Respectfully submitted,
        New York, New York

                                AUDREY STRAUSS
                                Acting United States Attorney

                        By:     */s/ Natasha W. Teleanu*
                                NATASHA W. TELEANU
                                PETER ARONOFF
                                Assistant United States Attorneys
                                86 Chambers Street, Third Floor
                                New York, New York 10007
                                Tel.: (212) 637-2528/2697
                                Fax: (212) 637-2686
                                natasha.teleanu@usdoj.gov
                                peter.aronoff@usdoj.gov