# Exhibit A

UNCLASSIFIED

OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE
WASHINGTON, DC 20511

The Honorable Nancy Pelosi
Speaker
U.S. House of Representatives
Washington, DC 20515

FEB 20 2020

Dear Speaker Pelosi:

(U) This letter responds to sections 1277 and 5714 of the *National Defense Authorization Act for Fiscal Year 2020* (P.L. 116-92) ("FY 20 NDAA"). Section 1277 provides for an unclassified report from the Director of National Intelligence, which may include a classified annex, consisting of a "determination and presentation of evidence with respect to the advance knowledge and role of any current or former official of the Government of Saudi Arabia or any current or former senior Saudi political figure over the directing, ordering, or tampering of evidence in the killing of Washington Post columnist Jamal Khashoggi." Section 1277 further provides that the report include "a list of foreign persons that the Director of National Intelligence has high confidence . . . were responsible for, or complicit in, ordering, controlling, or otherwise directing an act or acts contributing to or causing the death of Jamal Khashoggi; . . . knowingly and materially assisted, sponsored, or provided financial, material, or technological support for, or goods or services in support of, [such activities described above]; . . . or impeded the impartial investigation of the killing of Jamal Khashoggi, including through the tampering of evidence relating to the investigation."

(U) Section 5714 of the FY20 NDAA provides for an unclassified report from the Director of National Intelligence on the death of Jamal Khashoggi, consistent with protecting sources and methods, including "identification of those who carried out, participated in, ordered, or were otherwise complicit in or responsible for the death of Jamal Khashoggi." Consistent with the protection of sources and methods, the Office of the Director of National Intelligence cannot provide additional information pursuant to sections 1277 and 5714 of the FY20 NDAA at the unclassified level. Nonetheless, we are transmitting under separate cover a classified annex that supplements this letter with additional information.

(U) If you have additional questions, you may contact Legislative Affairs at  (b)(3), (b)(6).



Assistant DNI for Legislative Affairs

UNCLASSIFIED

OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE
WASHINGTON, DC 20511

FEB 2 0 2020

The Honorable Mitch McConnell
Majority Leader
United States Senate
Washington, DC 20510

Dear Mr. Leader:

(U) This letter responds to sections 1277 and 5714 of the *National Defense Authorization Act for Fiscal Year 2020* (P.L. 116-92) ("FY 20 NDAA"). Section 1277 provides for an unclassified report from the Director of National Intelligence, which may include a classified annex, consisting of a "determination and presentation of evidence with respect to the advance knowledge and role of any current or former official of the Government of Saudi Arabia or any current or former senior Saudi political figure over the directing, ordering, or tampering of evidence in the killing of Washington Post columnist Jamal Khashoggi." Section 1277 further provides that the report include "a list of foreign persons that the Director of National Intelligence has high confidence . . . were responsible for, or complicit in, ordering, controlling, or otherwise directing an act or acts contributing to or causing the death of Jamal Khashoggi; . . . knowingly and materially assisted, sponsored, or provided financial, material, or technological support for, or goods or services in support of, [such activities described above]; . . . or impeded the impartial investigation of the killing of Jamal Khashoggi, including through the tampering of evidence relating to the investigation."

(U) Section 5714 of the FY20 NDAA provides for an unclassified report from the Director of National Intelligence on the death of Jamal Khashoggi, consistent with protecting sources and methods, including "identification of those who carried out, participated in, ordered, or were otherwise complicit in or responsible for the death of Jamal Khashoggi." Consistent with the protection of sources and methods, the Office of the Director of National Intelligence cannot provide additional information pursuant to sections 1277 and 5714 of the FY20 NDAA at the unclassified level. Nonetheless, we are transmitting under separate cover a classified annex that supplements this letter with additional information.

(U) If you have additional questions, you may contact Legislative Affairs at (b)(3), (b)(6)


Assistant DNI for Legislative Affairs

Office of the Director of National Intelligence
Washington, DC 20511

The Honorable Kevin McCarthy
Minority Leader
U.S. House of Representatives
Washington, DC 20515

FEB 20 2020

Dear Leader McCarthy:

(U) This letter responds to sections 1277 and 5714 of the *National Defense Authorization Act for Fiscal Year 2020* (P.L. 116-92) ("FY 20 NDAA"). Section 1277 provides for an unclassified report from the Director of National Intelligence, which may include a classified annex, consisting of a "determination and presentation of evidence with respect to the advance knowledge and role of any current or former official of the Government of Saudi Arabia or any current or former senior Saudi political figure over the directing, ordering, or tampering of evidence in the killing of Washington Post columnist Jamal Khashoggi." Section 1277 further provides that the report include "a list of foreign persons that the Director of National Intelligence has high confidence . . . were responsible for, or complicit in, ordering, controlling, or otherwise directing an act or acts contributing to or causing the death of Jamal Khashoggi; . . . knowingly and materially assisted, sponsored, or provided financial, material, or technological support for, or goods or services in support of, [such activities described above]; . . . or impeded the impartial investigation of the killing of Jamal Khashoggi, including through the tampering of evidence relating to the investigation."

(U) Section 5714 of the FY20 NDAA provides for an unclassified report from the Director of National Intelligence on the death of Jamal Khashoggi, consistent with protecting sources and methods, including "identification of those who carried out, participated in, ordered, or were otherwise complicit in or responsible for the death of Jamal Khashoggi." Consistent with the protection of sources and methods, the Office of the Director of National Intelligence cannot provide additional information pursuant to sections 1277 and 5714 of the FY20 NDAA at the unclassified level. Nonetheless, we are transmitting under separate cover a classified annex that supplements this letter with additional information.

(U) If you have additional questions, you may contact Legislative Affairs at (b)(3), (b)(6)



(b)(3), (b)(6)
Assistant DNI for Legislative Affairs

OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE
WASHINGTON, DC 20511

FEB 20 2020

The Honorable Charles E. Schumer
Minority Leader
United States Senate
Washington, DC 20510

Dear Mr. Leader:

(U) This letter responds to sections 1277 and 5714 of the *National Defense Authorization Act for Fiscal Year 2020* (P.L. 116-92) ("FY 20 NDAA"). Section 1277 provides for an unclassified report from the Director of National Intelligence, which may include a classified annex, consisting of a "determination and presentation of evidence with respect to the advance knowledge and role of any current or former official of the Government of Saudi Arabia or any current or former senior Saudi political figure over the directing, ordering, or tampering of evidence in the killing of Washington Post columnist Jamal Khashoggi." Section 1277 further provides that the report include "a list of foreign persons that the Director of National Intelligence has high confidence . . . were responsible for, or complicit in, ordering, controlling, or otherwise directing an act or acts contributing to or causing the death of Jamal Khashoggi; . . . knowingly and materially assisted, sponsored, or provided financial, material, or technological support for, or goods or services in support of, [such activities described above]; . . . or impeded the impartial investigation of the killing of Jamal Khashoggi, including through the tampering of evidence relating to the investigation."

(U) Section 5714 of the FY20 NDAA provides for an unclassified report from the Director of National Intelligence on the death of Jamal Khashoggi, consistent with protecting sources and methods, including "identification of those who carried out, participated in, ordered, or were otherwise complicit in or responsible for the death of Jamal Khashoggi." Consistent with the protection of sources and methods, the Office of the Director of National Intelligence cannot provide additional information pursuant to sections 1277 and 5714 of the FY20 NDAA at the unclassified level. Nonetheless, we are transmitting under separate cover a classified annex that supplements this letter with additional information.

(U) If you have additional questions, you may contact Legislative Affairs at (b)(3), (b)(6)



Assistant DNI for Legislative Affairs

Office of the Director of National Intelligence
Washington, DC 20511

The Honorable Richard Burr
Chairman
Select Committee on Intelligence
United States Senate
Washington, DC 20510

FEB 2 0 2020

The Honorable Mark Warner
Vice Chairman
Select Committee on Intelligence
United States Senate
Washington, DC 20510

Dear Chairman Burr and Vice Chairman Warner:

(U) This letter responds to sections 1277 and 5714 of the *National Defense Authorization Act for Fiscal Year 2020* (P.L. 116-92) ("FY 20 NDAA"). Section 1277 provides for an unclassified report from the Director of National Intelligence, which may include a classified annex, consisting of a "determination and presentation of evidence with respect to the advance knowledge and role of any current or former official of the Government of Saudi Arabia or any current or former senior Saudi political figure over the directing, ordering, or tampering of evidence in the killing of Washington Post columnist Jamal Khashoggi." Section 1277 further provides that the report include "a list of foreign persons that the Director of National Intelligence has high confidence . . . were responsible for, or complicit in, ordering, controlling, or otherwise directing an act or acts contributing to or causing the death of Jamal Khashoggi; . . . knowingly and materially assisted, sponsored, or provided financial, material, or technological support for, or goods or services in support of, [such activities described above]; . . . or impeded the impartial investigation of the killing of Jamal Khashoggi, including through the tampering of evidence relating to the investigation."

(U) Section 5714 of the FY20 NDAA provides for an unclassified report from the Director of National Intelligence on the death of Jamal Khashoggi, consistent with protecting sources and methods, including "identification of those who carried out, participated in, ordered, or were otherwise complicit in or responsible for the death of Jamal Khashoggi." Consistent with the protection of sources and methods, the Office of the Director of National Intelligence cannot provide additional information pursuant to sections 1277 and 5714 of the FY20 NDAA at the unclassified level. Nonetheless, we are transmitting under separate cover a classified annex that supplements this letter with additional information.

OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE
WASHINGTON, DC 20511

(U) If you have additional questions, you may contact Legislative Affairs at (b)(3), (b)(6)



Assistant DNI for Legislative Affairs

OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE
WASHINGTON, DC 20511

The Honorable Adam B. Schiff
Chairman
Permanent Select Committee on Intelligence
U.S. House of Representatives
Washington, DC 20515

FEB 2 0 2020

The Honorable Devin Nunes
Ranking Member
Permanent Select Committee on Intelligence
U.S. House of Representatives
Washington, DC 20515

Dear Chairman Schiff and Ranking Member Nunes:

(U) This letter responds to sections 1277 and 5714 of the *National Defense Authorization Act for Fiscal Year 2020* (P.L. 116-92) ("FY 20 NDAA"). Section 1277 provides for an unclassified report from the Director of National Intelligence, which may include a classified annex, consisting of a "determination and presentation of evidence with respect to the advance knowledge and role of any current or former official of the Government of Saudi Arabia or any current or former senior Saudi political figure over the directing, ordering, or tampering of evidence in the killing of Washington Post columnist Jamal Khashoggi." Section 1277 further provides that the report include "a list of foreign persons that the Director of National Intelligence has high confidence ... were responsible for, or complicit in, ordering, controlling, or otherwise directing an act or acts contributing to or causing the death of Jamal Khashoggi; ... knowingly and materially assisted, sponsored, or provided financial, material, or technological support for, or goods or services in support of, [such activities described above]; ... or impeded the impartial investigation of the killing of Jamal Khashoggi, including through the tampering of evidence relating to the investigation."

(U) Section 5714 of the FY20 NDAA provides for an unclassified report from the Director of National Intelligence on the death of Jamal Khashoggi, consistent with protecting sources and methods, including "identification of those who carried out, participated in, ordered, or were otherwise complicit in or responsible for the death of Jamal Khashoggi." Consistent with the protection of sources and methods, the Office of the Director of National Intelligence cannot provide additional information pursuant to sections 1277 and 5714 of the FY20 NDAA at the unclassified level. Nonetheless, we are transmitting under separate cover a classified annex that supplements this letter with additional information.

OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE
WASHINGTON, DC 20511

(U) If you have additional questions, you may contact Legislative Affairs at (b)(3), (b)(6)



Assistant DNI for Legislative Affairs

Office of the Director of National Intelligence
Washington, DC 20511

The Honorable James E. Risch
Chairman
Committee on Foreign Relations
United States Senate
Washington, DC 20510

FEB 2 0 2020

The Honorable Robert M. Menendez
Ranking Member
Committee on Foreign Relations
United States Senate
Washington, DC 20510

Dear Chairman Risch and Ranking Member Menendez:

(U) This letter responds to sections 1277 and 5714 of the *National Defense Authorization Act for Fiscal Year 2020* (P.L. 116-92) ("FY 20 NDAA"). Section 1277 provides for an unclassified report from the Director of National Intelligence, which may include a classified annex, consisting of a "determination and presentation of evidence with respect to the advance knowledge and role of any current or former official of the Government of Saudi Arabia or any current or former senior Saudi political figure over the directing, ordering, or tampering of evidence in the killing of Washington Post columnist Jamal Khashoggi." Section 1277 further provides that the report include "a list of foreign persons that the Director of National Intelligence has high confidence . . . were responsible for, or complicit in, ordering, controlling, or otherwise directing an act or acts contributing to or causing the death of Jamal Khashoggi; . . . knowingly and materially assisted, sponsored, or provided financial, material, or technological support for, or goods or services in support of, [such activities described above]; . . . or impeded the impartial investigation of the killing of Jamal Khashoggi, including through the tampering of evidence relating to the investigation."

(U) Section 5714 of the FY20 NDAA provides for an unclassified report from the Director of National Intelligence on the death of Jamal Khashoggi, consistent with protecting sources and methods, including "identification of those who carried out, participated in, ordered, or were otherwise complicit in or responsible for the death of Jamal Khashoggi." Consistent with the protection of sources and methods, the Office of the Director of National Intelligence cannot provide additional information pursuant to sections 1277 and 5714 of the FY20 NDAA at the unclassified level. Nonetheless, we are transmitting under separate cover a classified annex that supplements this letter with additional information.

OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE
WASHINGTON, DC 20511

(U) If you have additional questions, you may contact Legislative Affairs at (b)(3), (b)(6)



Assistant DNI for Legislative Affairs

Office of the Director of National Intelligence
Washington, DC 20511

The Honorable Eliot L. Engel
Chairman
Committee on Foreign Affairs
U.S. House of Representatives
Washington, DC 20515

FEB 2 0 2020

The Honorable Michael T. McCaul
Ranking Member
Committee on Foreign Affairs U.S. House of Representatives
Washington, DC 20515

Dear Chairman Engel and Ranking Member McCaul:

(U) This letter responds to sections 1277 and 5714 of the *National Defense Authorization Act for Fiscal Year 2020* (P.L. 116-92) ("FY 20 NDAA"). Section 1277 provides for an unclassified report from the Director of National Intelligence, which may include a classified annex, consisting of a "determination and presentation of evidence with respect to the advance knowledge and role of any current or former official of the Government of Saudi Arabia or any current or former senior Saudi political figure over the directing, ordering, or tampering of evidence in the killing of Washington Post columnist Jamal Khashoggi." Section 1277 further provides that the report include "a list of foreign persons that the Director of National Intelligence has high confidence . . . were responsible for, or complicit in, ordering, controlling, or otherwise directing an act or acts contributing to or causing the death of Jamal Khashoggi; . . . knowingly and materially assisted, sponsored, or provided financial, material, or technological support for, or goods or services in support of, [such activities described above]; . . . or impeded the impartial investigation of the killing of Jamal Khashoggi, including through the tampering of evidence relating to the investigation."

(U) Section 5714 of the FY20 NDAA provides for an unclassified report from the Director of National Intelligence on the death of Jamal Khashoggi, consistent with protecting sources and methods, including "identification of those who carried out, participated in, ordered, or were otherwise complicit in or responsible for the death of Jamal Khashoggi." Consistent with the protection of sources and methods, the Office of the Director of National Intelligence cannot provide additional information pursuant to sections 1277 and 5714 of the FY20 NDAA at the unclassified level. Nonetheless, we are transmitting under separate cover a classified annex that supplements this letter with additional information.

OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE
WASHINGTON, DC 20511

(b)(3), (b)(6) (U) If you have additional questions, you may contact Legislative Affairs at (b)(3), (b)(6)



Assistant DNI for Legislative Affairs