AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Open Society Justice Initiative | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-06625-PAE |
| Office of the Director of National Intelligence | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Democracy for the Arab World Now                             .

Date:  01/13/2021

/s/ Keith M. Harper
*Attorney's signature*

Keith M. Harper (NY Bar No. 2643559)
*Printed name and bar number*
Jenner & Block LLP
1099 New York Avenue
Suite 900
Washington, DC 20001

*Address*

kharper@jenner.com
*E-mail address*

(202) 639-6045
*Telephone number*

(202) 639-6066
*FAX number*