## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OPEN SOCIETY JUSTICE INITIATIVE,<br><br>    Plaintiff,<br><br>vs.<br><br>OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE,<br><br>    Defendant. | CASE NO. 1:20-CV-06625-PAE<br>JUDGE PAUL A. ENGELMAYER |

## FED. R. CIV. P. 7.1 AND LOCAL RULE 7.1.1 STATEMENT OF DEMOCRACY FOR THE ARAB WORLD NOW

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Democracy for the Arab World Now ("DAWN") (a private non-governmental party) certifies that it has no corporate parents, affiliates, and/or subsidiaries that are publicly held. DAWN further states that it has no parent corporation, and no publicly held corporation owning 10% or more of its stock.

2

Dated: January 13, 2021

Respectfully submitted,

By:   */s/ Keith M. Harper*
    Keith M. Harper
    Julian P. SpearChief-Morris
    Umer M. Chaudhry
    JENNER & BLOCK LLP
    1099 New York Avenue, Suite 900
    Washington, DC 20001
    Telephone: +1 202 639 3000
    Facsimile: +1 202 639 6066

    Amit B. Patel
    JENNER & BLOCK LLP
    353 N. Clark St.
    Chicago, IL 60654
    Telephone: +1 312 222 9350
    Facsimile: +1 312 527 0484

    *Counsel for Democracy for the Arab World Now*