

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

January 27, 2021

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *Open Society Justice Initiative v. Office of the Director of National Intelligence*, No. 20 Civ. 6625 (PAE)

Dear Judge Engelmayer:

      We write respectfully on behalf of defendant the Office of the Director of National Intelligence ("ODNI" or the "government") to request a stay of the briefing schedule in this case. Under the current schedule, ODNI is due to file by February 3, 2021 its reply brief in support of its motion for summary judgment and opposition to plaintiff's motion for summary judgment. Plaintiff's reply brief is due on February 24, 2021.

      As a result of the presidential transition on January 20, 2021, additional time is needed to allow the new administration to evaluate issues that may affect the government's position in this matter. We respectfully propose that the government provide a further update to the Court on February 17, 2021. We thank the Court for its consideration of this request.

      Plaintiff consents to this request and intends to submit a letter to the Court today, setting forth its position with respect to the new administration's obligations in this case.

2

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By:   /s/ Natasha W. Teleanu

PETER ARONOFF
NATASHA W. TELEANU
Assistant United States Attorneys
Tel.:   (212) 637-2697/2528
peter.aronoff@usdoj.gov
natasha.teleanu@usdoj.gov

cc: Counsel of record (by ECF)

Granted.  SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge
1/28/2021