

June 4, 2021

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:   *Open Society Justice Initiative v. Office of the Director of National Intelligence*, No. 20 Civ. 6625 (PAE)

Dear Judge Engelmayer:

      We write respectfully on behalf of Plaintiff Open Society Justice Initiative ("OSJI") to submit a Stipulation and Order of Dismissal pursuant to Rule 41(a)(l)(A)(ii).

      OSJI elects not to challenge the redactions in the National Intelligence Council memorandum dated February 7, 2020. Accordingly, OSJI and the Office of the Director of National Intelligence have consulted and agreed upon a stipulation of dismissal, which has been filed pursuant to Rule 41(a)(l)(A)(ii), dismissing this action with prejudice.

      Respectfully submitted,

      /s/ *Catherine Amirfar*
Catherine Amirfar
(camirfar@debevoise.com)
Ashika Singh
(asingh@debevoise.com)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Tel.: (212) 909-6000

>Amrit Singh
>([amrit.singh@opensocietyfoundations.org](mailto:amrit.singh@opensocietyfoundations.org))
>James A. Goldston
>OPEN SOCIETY JUSTICE INITIATIVE
>224 West 57th Street
>New York, New York 10019
>Tel.: (212) 548-0600
>
>*Counsel for Plaintiff*

cc: Counsel of record (by ECF)